**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 06-01827 CW

NORMA L. TERRY,

       Plaintiffs,

   v.

ELI LILLY AND CO.,

       Defendant.

ORDER TEMPORARILY
STAYING ACTION

_____/

   IT IS HEREBY ORDERED that all further proceedings in this case are STAYED pending a decision by the Judicial Panel on Multidistrict Litigation regarding the transfer of this case for consolidated pretrial proceedings.  All hearing and motion dates are VACATED pending further order of this Court.

   **Plaintiff shall serve on all other parties a copy of this Order.**

Dated: July 13, 2006



CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE